UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Dawn DiMaria,  Case No. 18-43848
 Chapter 7
Debtor(s).  Hon. Maria L. Oxholm
_____/

**Order Granting Payment of Filing Fee in Installments**

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that the debtor(s) pay:

**$83.75 on or before 4/20/2018**

**$83.75 on or before 5/18/2018**

**$83.75 on or before 6/15/2018**

**$83.75 on or before 7/18/2018**

**Total: $335.00**

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on March 22, 2018**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge